ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Firelake Diversified JV | ) | ASBCA Nos. 63287, 63288, 63289 |
| | ) | 63496, 63497 |
| | ) | |
| Under Contract No. W912BV-17-D-0008 | ) | |

APPEARANCES FOR THE APPELLANT:    Isaias Cy Alba, IV, Esq.
                                                              Joseph P. Loman, Esq.
                                                              Mark F. Rosenow, Esq.
                                                               PilieroMazza PLLC
                                                               Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                                   Engineer Chief Trial Attorney
                                                                  Bryan M. Harrington, Esq.
                                                                  Louis N. Papaliodis, Esq.
                                                                   Engineer Trial Attorneys
                                                                   U.S. Army Engineer District, Tulsa

OPINION BY ADMINISTRATIVE JUDGE PAGE

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $667,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from December 22, 2023, until date of payment.

Dated: November 15, 2023

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                            I concur


_____        _____
RICHARD SHACKLEFORD                     OWEN C. WILSON
Administrative Judge                    Administrative Judge
Acting Chairman                         Vice Chairman
Armed Services Board                    Armed Services Board
of Contract Appeals                     of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63287, 63288, 63289,
63496, 63497, Appeal of Firelake Diversified JV, rendered in conformance with the
Board's Charter.

     Dated:  November 16, 2023


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals